IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MBLAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRANDWATCH LLC., <br><br> Defendant. | Case No. 2:16-cv-46 - RWS <br><br> JURY TRIAL DEMANDED |

**AGREED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff mBLAST, Inc. ("mBLAST") files this Agreed Motion to Stay All Deadlines and Notice of Settlement and respectfully shows the Court as follows:

Plaintiff mBLAST and Defendant Brandwatch, LLC hereby notify the Court that they have reached a settlement agreement in principle and are in the process of finalizing material terms of a settlement. The parties respectfully request that the Court stay all deadlines in this case up to and including March 21, 2016, by which time the parties expect to have executed a settlement agreement and to have jointly moved to dismiss the claims between them. This limited stay of deadlines is for good cause and so that justice may be served.

Dated: March 10, 2016.   Respectfully submitted,

*/s/ Charles Ainsworth*
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Anthony J. Patek, Esq.
Marie A. McCrary, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 789-6390
Facsimile: (415) 449-6469
adam@gutridesafier.com

1

seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
State Bar No. 00783521
Parker Bunt & Ainsworth
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served March 10, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH