**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| MBLAST INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>BRANDWATCH LLC,<br><br>               Defendant. | Case No. 2:16-cv-0046 (RWS) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff MBlast Inc. and Defendant Brandwatch LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ Seth Safier (with permission)*
Adam J. Gutride
Seth A. Safier
Todd M. Kennedy
Marie A. McCrary
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel. (415) 789-6390
Fax (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
marie@gutridesafier.com

Charles Ainsworth
State Bar No. 00783521
PARKER BUNT & AINSWORTH

1

100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Tel. (903) 531-3535
Fax (903) 533-9687
charley@pbatyler.com

ATTORNEYS FOR PLAINTIFF
MBLAST INC.

*/s/ Neel I. Chatterjee (with permission)*
Neel I. Chatterjee
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025-1015
TEL +1-650-289-7120
FAX +1-650-614-7401
NCHATTERJEE@ORRICK.COM

ATTORNEYS FOR DEFENDANT
BRANDWATCH LLC

**CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 28th day of March, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles Ainsworth*
CHARLES AINSWORTH